mon between her and John H. Maxwell, it is sufficient to form the basis of an effective lis pendens in Tarrant County where the land in controversy is situated; this is a complete answer to appellant's contention in its fourth point of error, in which it challenged the sufficiency of the petition as a basis for lis pendens.

I do not think we are concerned here with a construction of the judgment entered in the divorce decree in 1931. That matter will necessarily come before the trial court when the case is finally tried in the Dallas County District Court.

The trial court in the instant case must have had these principles in mind when he sustained the plea in abatement and thus effectively denied appellant the relief it sought.

With these reasons in addition to what has been written by Judge HALL, I concur in the affirmance of the judgment appealed from.

cal except as to the corporate names of the two appellants and the property involved. The two cases were tried upon the same testimony in the trial court at a single hearing. Separate appeal bonds were made and duplicate records were filed in this Court. The same points of error are presented in each and duplicate briefs were filed and the appeals were submitted together.

What we have said in the original and concurring opinions in No. 15075 is applicable to this appeal and need not be repeated. We therefore affirm the judgment of the trial court in this case, as we did in No. 15075.

SPEER, J., concurring.

McDONALD, C. J., disqualified and not participating.

**MAXWELL STEEL COMPANY, appellant, v. Ruby Mina MAXWELL, appellee.**

No. 15076.

Court of Civil Appeals of Texas.
Fort Worth.

Dec. 2, 1949.

Rehearing Denied Jan. 13, 1950.

J. Rob Griffin, and Lattimore, Couch & Lattimore, all of Fort Worth, for appellant.

Andress & Ramsey, and Wm. Andress, Jr., all of Dallas, for appellee.

HALL, Justice.

This appeal is a companion case to Maxwell & Co. v. Maxwell, our No. 15075, this day decided by this Court and reported in 225 S.W.2d 988. The petitions were identi-

**McKAY et ux. v. KELLY.**

No. 12032.

Court of Civil Appeals of Texas.
San Antonio.

Oct. 26, 1949 .

